UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 11, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG MASON,

    Defendant.

Case No. 2:15-mj-00226-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **CRAIG MASON**, Case No. **2:15-mj-00226-CKD** from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ _____

    _X_ Unsecured Appearance Bond $ 25,000, co-signed by Laray Chambers

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other): Pretrial Services conditions.

Issued at Sacramento, California on December 11, 2015 at 2:15 pm

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney